IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIA CORBIN,<br>            Plaintiff,<br><br>       v.<br><br>BUCKS COUNTY, et al.,<br>            Defendants. | CIVIL ACTION<br><br><br><br><br>NO. 23-2784 |

**O R D E R**

**AND NOW**, this 20th day of November, 2023, upon consideration of Defendants' Motion to Dismiss the Amended Complaint (ECF No. 19), Plaintiff's Opposition thereto (ECF No. 20), Defendants' Reply (ECF No. 22), and Plaintiff's Sur-Reply (ECF No. 23), **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**:

1. Defendants' Motion is **GRANTED** as to Counts II and III of the Amended Complaint, which are **DISMISSED WITHOUT PREJUDICE**.

2. Defendants' Motion is **GRANTED** as to Count I of the Amended Complaint as against Defendant Zach Sherman only, which is **DISMISSED WITHOUT PREJUDICE**.

3. Defendants' Motion is **DENIED** as to all other counts.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**