# EXHIBIT B

| | **BUCKS COUNTY DEPARTMENT OF CORRECTIONS** **STANDARD OPERATING PROCEDURES AND GUIDELINES** | | |
|---|---|---|---|
| **Title:** | **Module Officer** | | |
| **Section:** | **B-3.11** | **Applicability:** | **Correctional Facility** |
| **Policy/Document Cross Reference:** | **A-4.10, A-4.24, B-4.13, B-4.48, B-4.60** | | |
| **Promulgating Department:** | **Correctional Facility – Operations** | | |
| **Effective Date:** | **1/1/2003** | **Review Date:** | **3/20/2017** |
| | | **Revision Date:** | **11/28//2004** **6/20/2004** **11/20/2013** **1/8/2018** **11/28/2018** **1/31/2020** **3/6/2020** **9/2/2020** |
| **Authority:** | **Director** | | |
| **Related Statutes and/or Standards:** | **PA Title 37:** | | **N/A** |
| | **ACA:** | | **N/A** |

Efficient operation and supervision of Module activities, routines and time schedules will be the responsibility of all Module Officers.

 **Module Officers are responsible for:**

1.  Security, safety, and cleanliness of the Module.

2.  ███████████████████████████████████████████
    ███████████████████████████████████████████
    ███████████████████████████████████████████
    ███████████████████████████████████████████
    ████████████████████████████.

3.  Reporting any problems – including problems between inmates – ██████████████████.

4.  Dissemination of information to staff and inmates, including maintaining accurate records in the OMS logbook.

5.  Accounting for and knowing the condition of all security equipment on the Module – including keys – and reporting any emergent issues immediately to a Shift Supervisor; non-

emergent issues will be reported in writing to the Shift Supervisor.

6. Knowing the cell assignments for all inmates and ensuring that inmates are not in the cells of others.

7. Knowing the location of all inmates assigned to the Module as well as the inmates' whereabouts when off the Module.

8. Ensuring only authorized workers or inmates assigned to the Module are present on the Module.

9. Ensuring that all inmates who are transferred off the unit, or who are permanently released:
   a. clean their cell or bunk area
   b. return linen(s)
   c. return library books and tablets
   d. remove all personal property, including televisions and radios.

10. Ensuring there are adequate supplies on the Module for cleaning and proper hygiene.

11. Maintaining and documenting accurate inventory of all cleaning equipment.

12. ███████████████████████████████████████████
    ████████████████████████████████.

13. ███████████████████████████████████████████.

14. ███████████████████████████████████████
    ████.

15. ████████████████████████████████████████
    ████████████████████████████.

16. Notifying the Shift Supervisor of suspected contraband on the Module.

17. Taking counts ████████████████.

18. Monitoring the dayroom and regulating the general noise level in the Module.

19. Following emergency fire procedures in case of an emergency (**SOP § B- 4.13**).

20. Being attentive to duties at all times.

21. Ensuring that no unauthorized items are brought on post by staff.

22. Ensuring that the officers' station is off limits to all inmates, unless the officer is present.

23. Supervising Module workers.

24. Ensuring that on general cleaning days, all areas are clean, neat and orderly.

25. Patting down inmates before leaving and returning to the Module at the discretion of the officer.

26. Ensuring all inmates follow Inmate Handbook regulations.

27. ██████████████████████████████████████████████████████
    ████████████████████████████████.

28. ██████████████████████████████████████████████████████
    █████.

29. ████████████████████████████████████.

30. Ensuring all outgoing mail is properly addressed with inmate BCCF number and BCCF return address. ████████████████████████████████████████
    ██████████████████.

31. ██████████████████████████.

32. Ensuring all ████████████████████████████████████████████
    ████████████████████████████.

33. Restricting personal phone calls. ████████████████████████
    ████████████████████████████████████████████████████████
    ████████████████████████.

34.  In addition to the general module post orders, the following procedures will be performed in specified areas:

**J-Module**

1. ██████████████████████████████████████████████████████
   ██████████████████████████████████████████████████████
   ████████████████████████████████.

2. ██████████████████████████████████████████████████████
   ████████████████████████████████  █████████████
   ██████████████████████████████.

3. ██████████████████████████████████████████████████████
   ████████████████████████████████  █████████████
   ████████████████████████████████████.

4. ██████████████████████████████████████████████████████
   ██████████████████████████████████████████████████████
   ██████████████████.

5. ████████████████████████████████████████  ██████████████
   ████████████████████.

6. ██████████████████████████████████████
███████████████ .

7. ██████████████████████████████████████
████████████████ .

8. ██████████████████████████████████████
████████████████ .

9. ████████████████████████████ .

## Restricted Housing Unit (RHU), Mental Health Unit (MHU), and Administrative Custody Unit-Female (ACU-F)

1. Observe the distribution and consumption of meals and supervise the cleanup after meals.

2. Have a knowledge of special confinement policies and procedures (**SOP §B-4.48).**

3. Collect and forward all inmate request forms appropriately.

4. Supervise and document showers ██████████ .

5. Assist and document the movement of inmates to recreation.

6. ██████████████████████████████████████
██████████████████ .

7. ██████████████████████████████████████
████████████ .

8. Ensure that all cells are in operable condition and noting any maintenance issues or graffiti present.  Cell windows are to be kept clear at all times.

9. ██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████ .

10. ██████████████████████████████████████
██████████████████████████████████████ .

## RHU Regulations Including Women in RHU Status

1. ██████████████████████████████████████
███████████████████ ████████████████████

█████████████████████████████████████████████████████████
███████████████████████████.

2. Personal care products will be provided to those inmates on RHU status.

3. Personal property is limited to:
   a. ███████████████████████████████
   b. ████████████████████████████
   c. ████████████
   d. ███████████████

4. Inmates are not permitted to attend any programs such as A.A. meetings, educational classes, or treatment programs.

5. Inmates are not permitted to attend religious activities. █████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
████████████████████████████████.

6. ████████████████████████████.

7. ████████████████████.

8. █████████████████████████████████████████████████████████
█████████████████████████████████████████.

9. █████████████████████████████████████████████████████████
███████████████.

**RHU Property for Males:**

Upon inmate admission to RHU the officer will:

- █████████████████████████████████████████████████████████
████████████
- █████████████████████████████████████████████████████████
██████████████████
- █████████████████████████████████████████████████████████
███████████
- █████████████████████████████████████████████████████████
████████████

Upon inmate release from RHU, █████████████████████████████████
████████████████████

**Second Module Officer**

The following procedures have been established for a second Module Officer assigned to this post to provide additional security ████████████████████████████████████████ ████████████████████████████████████████████████.

The second officer's ████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ██████████████████.

The ████████████ Officer will:

1. ████████████████████████████████████████████████ ████████████████████████████████.

2. ████████████████████████████████████████████████ ████████████████████████████████████.

3. Assist in supervising inmates on any watch status and ensure that proper documentation is maintained ████████████████████████.

4. Collect the property belonging to inmate(s) who will not be returning to the Module ████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████.

5. ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████ ████████████████████████████ ████████████.

6. ████████████████████████████████████████████████.

7. Supervise ████████████████████.

8. Assist ████████████████████.

9. Assist ████████████████████████████████████.

10. Assist ████████████████████████████████ ████████████████████████████.

11. Assist ████████████████████████████████████.

12. Supervise inmates ████████████████████████████████ ████████████████████████████.

13. Assist  in  supervising ████████████████████████████,

██████████████████████████ .

14. Assist in completing any paperwork and/or duties as necessary.

15. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████ .

## Second F Module Officer

The second Module Officer assigned to provide additional security in F-Module will be responsible for performing the duties and responsibilities outlined above, as well as those listed below.

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████ .

The second F-Module Officer will:

1. Assist in supervision of all inmates on locked status during shower, phone call, and recreation periods and ensure that proper documentation is maintained for the inmates participating in these activities.

2. ████████████████████████████████████████
███████ .

3. ████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████ .

## T  Module

Efficient operation and supervision of Module activities, routines and time schedules will be the responsibility of all Module Officers. ████████████████████████████████
██████████████████████ .

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████

T Module Officers will be responsible for:

1. ███████████████████████████████████████.

2. Ensure that all kitchen workers shower and receive a clean set of kitchen whites before reporting to work each day.

3. Ensure that all kitchen workers are ready for work at scheduled hours. ██████████ ██████████████████████████████████████.

4. Ensure that kitchen workers' bunks are cleaned and ready for inspection, prior to leaving the module.

**Urban Yard Responsibilities:**

It is the responsibility of each Module officer to ensure that the Module Urban Yard activity is conducted in a safe and secure environment.

The Module officer will be responsible for:

1. ██████████████████████████████████████████ ██████.

2. ██████████████████████████████████████████ ████████████████.

3. ██████████████████████████████████████████ ████████████████████.

4. ██████████████████████████████████████████ ██████████████████████████████████████████ ███████.

5. ██████████████████████████████████████████ ████████████████.

6. Immediately report any and all security or safety concerns ██████████████ as they occur.

**Physical Altercations in Housing Units:**

███████████████████████

████████████████████████████████████████:

1. ████████████████████.

2. ██████████████████████████████████████████ ██████████████████.

3. ██████████████████████████████████████████

███████████████████████████████████████████████
██████████████████████████████████████████.

4. ██████████████████████████████████████████████
   ████████████████████████████████.

5. ████████████████████████████████████████████████.

6. <u>Factors to consider</u> ████████████████████:
   - ██████████████████████████
   - ████████████████████
   - ███████████████████
   - ██████████████████
   - ████████████████████████████
   - ██████████████████
   - █████████████████n
   - ██████████████████████

7. <u>The second module officer</u> ████████████████:
   a. ████████████████████████████████
      ██████████████████
   b. ████████████████████
   c. ████████████████████████████
   d. ██████████████████████████████████

████████████████████████

██████████████████████████████████████

1. ████████████████████████████████.

2. ████████████████████████████████████████.

3. <u>The second module officer will:</u>

   a. ██████████████████████████████████████
      ██████████████████████████████████████
      ██████████████████████████████████████
      ██████████.

   b. ██████████████████████████████████████
      ████████████████████████████

   c. ██████████████████████████████

   d. ██████████████████████████████████████
      ██████████████████:

Page **9** of **10**



| | **BUCKS COUNTY DEPARTMENT OF CORRECTIONS**<br>**STANDARD OPERATING PROCEDURES AND GUIDELINES** | | |
|---|---|---|---|
| **Title:** | **Reception Unit Officer** | | |
| **Section:** | **B-3.13** | **Applicability:** | **Correctional Facility** |
| **Policy/Document Cross Reference:** | | **B-4.6, A-4.16** | |
| **Promulgating Department:** | | **Correctional Facility – Operations** | |
| **Effective Date:** | **1/1/2003** | **Review Date:** | **3/10/2017**<br>**1/26/2018** |
| | | **Revision Date:** | **4/01/2007**<br>**5/19/2009**<br>**3/18/2015**<br>**12/20/2017** |
| **Authority:** | **Director** | | |
| **Related Statutes and/or Standards:** | | **PA Title 37:** | **N/A** |
| | | **ACA:** | **N/A** |

The Reception Unit Officer is responsible for processing new commitments, discharges, institutional transfers and court returns without unnecessary delay, ensuring that all steps of these processes are completed.

**Reception Unit Officers will:**

1. Have a working knowledge of, comply with all existing post orders, policies, procedures and directives, especially all emergency procedures, and assist the Reception Unit Supervisor as directed.

2. Be responsible for the security, safety and cleanliness of this post.

3. Ensure the Reception Unit remains free of contraband.

4. Ensure that no unauthorized inmates are present in the Reception Unit at any time.

5. Be responsible for the correct handling and storage of all inmate personal property and clothing stored in the property storage area.

6. Be responsible for ensuring that all inmates leaving the institution are the actual owners of any radio, television or book(s) they may have had in their possession.

7. Be knowledgeable of and follow the procedures for youthful offender commitments **(SOP Sec. A-4.16).**

**Admissions and Discharges**

For admissions, the Reception Unit Officer will:



1. ████████████████████

2. ███████████████████████████████████████████
   ████████████████████████

3. ███████████████████████████████████████████
   ███████████████

4. ███████████████████████████████████████████
   ███████████████████████████████████████████
   ████████████████

5. █████████████████████████████████

    a. ██████████████████████████████████████
   ████████████████████

    b. ██████████████████████████████

    c. ████████████████████████

    d. ███████████████

    e. ███████████████

    f. ██████████████████

    g. █████████████████████

    h. ██████████████████

    i. ████████████████████████████████████

    j. ██████████████████████████████████████████
   ██████████

6. Ensure that inmates returning from court are processed ██████████ through the Reception Unit and returned to housing units as quickly as possible.

7. For discharges, Reception Unit Officers will:

    a. ████████████████████████████████

    b. ███████████████████████████████████████████
   ████████████

c. ████████████████████████████████████
████████████████████

d. ████████████████████████████████████
██████████████████████

8. When handling foul, dirty and grossly unsanitary clothing, do the following:

a. ████████████████████████████

b. ███████████████████████████████████████
██████████████

9. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████

**Note:  Reception Unit Officers will familiarize themselves with directions and instructions found in the *Reception Unit Manual* as well.** ██████████████████████████
████.

| | BUCKS COUNTY DEPARTMENT OF CORRECTIONS STANDARD OPERATING PROCEDURES AND GUIDELINES | | |
|---|---|---|---|
| **Title:** | Searches – Inmate and Staff - Pat Searches and Unclothed Searches | | |
| **Section:** | **A-4.20** | **Applicability:** | **Divisional** |
| **Policy/Document Cross Reference:** | **A-4.2, A-4.10,  B-3.8,  B-4.10, C-4.5** | | |
| **Promulgating Department:** | **Administration** | | |
| **Effective Date:** | **1/1/2003** | **Review Date:** | **2/3/2017** |
| | | **Revision Date:** | **6/23/2006 9/18/2007 1/30/2009 1/10/2010 4/19/2012 3/31/2015 1/26/2018 8/29/2019** |
| **Authority:** | Director | | |
| **Related Statutes and/or Standards:** | | **PA Title 37:** | **95.241.5** |
| | | **ACA:** | **ACRS-4- 2C-04, 2C-05, 2C-06** |

## Policy

Searches will be conducted for the purpose of controlling contraband **(SOP §B-4.10, C-4.5)**, recovering stolen or missing property, and to ensure safety and security of the facility and of inmates, employees, contractor staff, and volunteers. ███████████

████████████████████████████████████████

████████████████     ████████████████████

████████████████████████████████████████

Searches will not be conducted as a punitive action or form of harassment, and will be conducted in a manner which minimizes embarrassment and indignity to any person.

Security staff will be trained to conduct all types of searches and completion of training will be documented in the DOC training file. Search training will also incorporate Prison Rape Elimination Act (PREA) protocol as it relates to all inmate searches, including lesbian, gay, bisexual, transgender, intersex, and other gender non-conforming offenders. **(SOP §A-4.2)**

**Types of Searches**

A. Pat Searches

    1. *Pat searches are conducted with individuals wearing their clothes.* *(95.241.5.ii).*

    2. Officers may wear approved protective gloves to maintain good hygiene while conducting pat searches.

    3. ██████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████ ████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████

    4. Visitors, contractors, volunteers and staff members entering the Community Corrections Centers ████████████████████████████████████
████████████

    5. *Inmates* ████████████████████████████████████████████
████████████████████████████████████

    6. ████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████

    7. ████████████████████████████████████████████████████
██████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████

Pat search procedures will be executed in the following manner:

    a. ████████████████████████████████████████████████████
███████████████████████████████████████

    b. ████████████████████████████████████████████████████
█████████████████████████████████████████

c. ███████████████████████████████████████
███████████████████

d. ███████████████████████████████████████
█████████████

e. ███████████████████████████████████████
█████████████████████████████████████████████

f. ███████████████████████████████████████
███████████

g. ███████████████████████████████████████
██████████████

h. ███████████████████████████████████████
██████████████████

i. ███████████████████████████████████████
███████████████████████████

j. ███████████████████████████████████████
████

k. ███████████████████████████████████████
█████████████

B. Unclothed, Full Body Searches

   1. *An unclothed body search will be conducted on an inmate* ██████████
   ███████████████████████████████████████████
   ███████████████████████████████████████████
   █████████████████████

   2. ███████████████████████████████████████████
   ███████████████████████████████████████████
   ███████████████████████████████████████████
   ████████████████████████████

   3. ███████████████████████████████████████████
   ███████████████████████████████████████████
   ███████████████████████████████████████████
   ███████████████████████████████████████████
   ███████████████████████████████████████████
   █████████████████████████

   4. Searches or physical examinations of transgender, intersex, or other gender non-
   conforming offenders solely to determine an individual's genital status are not

permitted. 

5. *This search procedure will be conducted expeditiously and efficiently in the following manner:* *(95.241.5ii)*

   a.

   b.

   c.

   d.

   e.

   f.

   g.

   h.

   i.

   j.

   k.

   l.

   m.



n. ███████████████████████████████

o. ███████████████████████████████
███████████████████████████████
████████████████████████████

p. ███████████████████████████████
████████████████████

q. ███████████████████████████████
███████████████████████████████
████████████████ ██████████████
███████████████████████████████
███████████████████████████████
██████████████████████

r. ███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
██████

6.  This  Department ██████████████████
█████████████████████████████████

C. █████████████████████████

1.  Sentenced Inmates:

███████████████████████████ ████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████

2.  Pre Trial Detainees:

a. ██████████████████████████████
██████████████████████████████
██████████████████████████████
████████████



8.



Reception Unit Staff   _____

Date : _____

| | BUCKS COUNTY DEPARTMENT OF CORRECTIONS<br>STANDARD OPERATING PROCEDURES AND GUIDELINES | | |
|---|---|---|---|
| **Title:** | **Reception Unit – Admission and Discharge Procedures** | | |
| **Section:** | **B-4.40** | **Applicability:** | **Correctional Facility** |
| **Policy/Document Cross Reference:** | | **B-4.6, B-4.10, B-4.27, B-4.45, A-4.16** | |
| **Promulgating Department:** | | **Correctional Facility – Operations** | |
| **Effective Date:** | **1/1/2003** | **Review Date:** | |
| | | **Revision Date:** | **4/19/2007<br>3/6/2008<br>3/20/2009<br>4/1/2015<br>1/25/2017<br>12/20/2017<br>5/29/2018<br>9/16/2020** |
| **Authority:** | **Director** | | |
| **Related Statutes and/or Standards:** | | **PA Title 37:** | **95.222.1 & 95.222.2** |
| | | **ACA:** | **N/A** |

**Policy and Procedure for Admissions**

**A. Delivery of Commitments**

[REDACTED]

1. **Receiving Inmates**
   a. *The Records Department will ensure that commitment documents are complete, under proper legal authority, and represent an appropriate admission to the facility.* *(95.222.1.i)* [REDACTED]

   b. [REDACTED] *(95222.1.ii)*

   c. [REDACTED]

2. **Personal Property**
   *Property secured from new commitments will be categorized as personal property and money. An itemized inventory of property collected from inmates upon admission will be completed by the Reception Officer(s).*

   a. [REDACTED]

**Section B-4.40**

███████████████████████

b. *Personal Property will be inventoried and bagged and tagged with a property receipt* ████████████████████████████ .*(95.222.1.iii)*

Only the following items will be accepted:

1. ████████████████
2. ████████████████████████
3. ██████████████████
4. ██████████████████████████████
   ████
5. ███████████████
6. ████████████████████
7. ██████████████████████
8. ███████████████████████
9. ████████████████████████

<u>Tobacco products of any kind are not permitted</u>.

c. Institutional checks from other prisons will be entered on the inmate account at booking ██████████████████████████████ ████████████████ Institutional checks/money orders are placed on an inmate's account.

d. ██████████████████████████████
   ██████████████████████████████
   ██████████████

   ██████████████████████████████
   █████████████████

3. *Intake Process*
   The intake process will include the following

   a. ████████████████
   b. ███████████████
   c. ████████████████████████
   d. ██████████████████
   e. ██████████████████████████████
   ████████████
   f. ██████████████████████████████
   ██████████████████
   g. ██████████████████████

4. **Securing and Searching Property**

    *a.* ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████

    *b.* ███████████████████████████████████████████
███████████████████████████████████████████
███████████████

    c. ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████ Perishable items will not be accepted by the facility ████
█████████████████████████████. Prescribed medications will be
turned over to the dispensary.

5. **Booking and Processing**

    a. The Records Department Staff will verify admission documents. ███████
███████████████████████████████████████████
██████████████████████████████ ████████████████
███████████████████████████████████████████
███████████████████████████

    b. Bookings will be completed in the order received ██████████████
███████████████████████████████████████████
██████████████.

    *c. In order to provide positive identification of a new commitment, the following
information will be obtained:*





Additional Information to include when available:



6. **Role of Classification Personnel**

Case Managers will be responsible for interviewing all new admissions and assisting commitments with any immediate problems.  Case Managers will:



a. ██████████████████████████
b. ████████████
c. ████████
d. ██████████████
e. ██████████
f. ██████
g. ████████████
h. ████████████████
i.    *(95.222.1.vi)*
j.    *(95.222.1.vii)*
k. ████████
l. ██████████████

7. **Consular Notification and Access** *(95.222.1.viii)*

*The United States Department of State requires consular notification and access for all federal, state, or local officials who may, in the performance of their official duties, have contact with a foreign national(s).  This includes County Corrections employees.*



*The federal government has a publication titled* <u>Consular Notification and Access</u>*.  This 70 page document published by the State Department provides an overview and instructions for those required to communicate with international consulates.   This publication includes specific instructions for contacting consulate officials, provides a list of country's who mandate notification, offers prepared statements for  nationals, provides a variety of translated languages, and lists all foreign consulate offices having signed treaties with the USA, with  addresses and contact numbers.*

*Three (3)* <u>Consular Notification and Access</u> *publications have been ordered for the Department of Corrections.* ████████████████████



████████████████ *Case Management staff will utilize these manuals if and when the need arises to work with a foreign national (s).*

***Summary of Requirements Pertaining to Foreign Nationals***

1) ██████████████████████████



████████████

*2)* ███████████████████████████████████████
███████████████████████

*3)* ███████████████████████████████████████
█████████████

*4)* ███████████████████████████████████████
██████████████

*5)* ███████████████████████████████████████
███████████████████████████

███████████████████████████████████████
███████████████████████████████████████
████████████████

8.  **Attorney Representation**

    *All new commitments/Mittimus* ████████████████████████████
    ███████████. (95.222.1.W)

9.  **Designated Holding Cells**

    Safety Cell ████████████

    The safety cell, ██████████████████████████████ will be utilized to
    contain a person who is uncontrollably violent or self-destructive, ████████████
    ███████████████████████████████████████
    ███████████████████████

    a.  ███████████████████████████████████
        ███████████████████████

    b.  ███████████████████████████████████
        ███████████████████████████████████
        █████████████

    c.  ███████████████████████████████████

    Holding Cell ██

    a.  ██████████████████████████████████
        ████████████████████████████████
        ████████████████████████████████
        ██████████████

    Remaining Holding Cells

    a.  ██████████████████ cells ████████████████████

██████ will be used as a temporary holding areas for commitments pending processing.

b. ████████████████████████████████████
████████████████████████████████
████████████████

c. ██████████████████████████████████████
██████████████████████████████████
████████████████████████████████████████

**10. Initial Clothing Issue – See SOP B-4.60 for Initial Clothing Issue**

**11. Initial bedding Issue – See SOP B-4.40 for Initial Bedding Issue**

**Policy and Procedures for Discharging Inmates**

**Discussion:** ████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████

**Procedures:**

A. **Staff from departments identified below will complete the following**:

*1. Records Officers will verify all release paperwork is complete and under the Proper legal authority.* (95.222.2.i) ████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
█████████████

2. ████████████████████████████████████████████████
████████████████████████████████

3. ████████████████████████████

*4.* ████████████████████████████████████████████████
██████████████████████████████████

*5.* ██████████████████████████████████████████████

*6.* ██████████████████████████████████ :

a. ████████████████████████████████ ████████████
██████████████████████████████

b. ███████████████████████████████████████
   █████████████████

c. ███████████████████████████████████████
   ███████████████████████

7. ████████████████████████████████████████████
   ████████████████████████████████████████████
   █████████████████

8. ████████████████████████████████████   ███████████████
   ███████████████████████

9. ████████████████████████████████████████████
   ██████████████████████████████████████

10. *Inmate's Personal Property will be returned.* *(95.222.2.ii.C)*

*11.* ████████████████████████████████████████████
    ████████████████████████████████████████████
    ████████████████████████████████████████████
    █████████████████████████████████████

12. ████████████████████████████████████████████
    ████████████████████████████████████████████
    ██████████████████████████████

13. ████████████████████████████████████████████
    ████████████████████████████████████████████
    ██████████████████████████

| | **BUCKS COUNTY DEPARTMENT OF CORRECTIONS**<br>**STANDARD OPERATING PROCEDURES AND GUIDELINES** | | |
|---|---|---|---|
| **Title:** | **Special Confinement Cases** | | |
| **Section:** | **B-4.48** | **Applicability:** | **Correctional Facility** |
| **Policy/Document Cross Reference:** | | | |
| **Promulgating Department:** | | **Correctional Facility - Operations** | |
| **Effective Date:** | **1/1/2003** | **Review Date:** | **3/21/2017**<br>**1/26/2018** |
| | | **Revision Date:** | **3/10/2005** |
| **Authority:** | **Director/Warden** | | |
| **Related Statutes and/or Standards:** | | **PA Title 37:** | |
| | | **ACA:** | |

**Policy**

Special confinement, i.e. restrictive confinement, will be imposed only for the duration and to the degree necessary to ensure the safety of inmates and staff, and the security of the institution. Special confinement may include loss of privileges, movement, and/or exclusive cell confinement.

Cell confinement will be ███████████████████████████████████████████████████████████████████████████████████████████████████████.

Inmates in special confinement status will be afforded basic living provisions and conditions of inmates in general population where applicable.

**Procedures**

The following provisions will be observed when special confinement is employed to both male and female inmates.

A. ████████████████████████████████████████████████████████████████████████████████████████████████████

B. Inmates in special confinement will receive the same meals as those served to the general population unless special dietary needs are required.

C. Special Confinement inmates will ████████████████████████████████████████████████████████████████████████████████.

D. Inmates in special confinement will be afforded the same opportunity for clothing, linen, and laundry exchange, as inmates in general population, where and when possible.

E.  Special Confinement status canteen items ████████████████████████
████████████████████████████.

F.  Inmates in special confinement will be provided the same opportunities for writing and receiving letters as those inmates in general population.

G.  Inmates in special confinement ████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████.

H.  Inmates in special confinement will ████████████████████████████
████████████████████████████████████████.

I.  Inmates in special confinement will be provided access to reading and legal materials.


<u>Disciplinary Detention</u> - An inmate may be placed in disciplinary detention (lock) for any of the following reasons:

A.  ████████████████████████████████████████
████████████████████████████████████████
██████████████████████████.

B.  ████████████████████████████████████████

C.  ██████████████████████████████████████.

D.  ████████████████████████████████████████
██████████████████████████.

E.  ████████████████████████████████████████
██████████████████████.