# EXHIBIT C

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report

| Date of Report:<br>07/28/2022 | Day:<br>Thursday | Investigator:<br>Mcleod, R█████ | | ORI#: | | Incident #:<br>█████ | UCR:<br>█████ |
|---|---|---|---|---|---|---|---|
| Source of Call:<br>Referred | | Date and Time of Incident:<br>07/27/2022 at 0340 hrs. | | | Case Status:<br>Open / Investigation | | |
| Crime or Incident:<br>Drugs/Death Investigation | | | Location of Incident – Address/Module:<br>Alpha 39 cell | | | | |

| Involved:<br>Inmate | PATTERSON, Joshua Caleb | DOB<br>█████ | BCP#<br>█████ | Telephone<br>█████ |
|---|---|---|---|---|
| Involved:<br>Staff | Ofc. C. Wilcox | DOB | BCP | Telephone |
| Involved: | | DOB | BCP | Telephone |
| Involved: | | DOB | BCP | Telephone |

| Summary: |
|---|
| Ofc. Wilcox discovered IM PATTERSON unresponsive while conducting his rounds. |

| Assisting Staff: |
|---|
| Inv. D█████ Onisick, Ofc.Wilcox |

### Narrative:

*PATTERSON, Joshua█████*
*Booking █████*
*Date of Birth: █████; 22 years of age*
*Admitted: 11/26/2021 @ 1637 hrs.*
*Pronounced on August 01, 2022*

### Background:

Former inmate PATTERSON, Joshua Caleb #█████ arrived at Bucks County Correctional Facility on November 26, 2021 at 1637 hrs. after being arrested on an outstanding Felony Retail Theft charge from Warrington Township Police Department. Patterson was arraigned in front of District Justice Snow and given a $25,000 10% bail which he was unable to post. PATTERSON was also being held on Felony Retail Theft charges from Brookhaven Police in Delaware County, Pa. At the time this medical emergency was called PATTERSON was on Administrative Lock for Fighting. As a result of this fight PATTERSON was sanctioned to 30 days in RHU (Restricted Housing).

### Initial Report:

On Wednesday July 27, 2022 at approximately 0455 hrs. I was contacted by Chief Investigator DiSandro regarding a medical emergency on Alpha 39 involving inmate PATTERSON, J.█████. Chief DiSandro related that it appears as though this medical emergency was a possible drug overdose.

I arrived at the Bucks County Correctional Facility at approximately 0530 hours and met with Warden Metellus and Deputy Warden Galione who briefed me on the circumstances of this medical emergency. I was made aware that the patient, IM PATTERSON, J. was still alive and in a medically induced coma at Doylestown Hospital. I was told that doctors reported no brain activity from the patient and there would be medical efforts to restore brain activity by adjusting the patient's body temperature. I was advised that the patient was in Alpha 39 cell at the time he was discovered unresponsive by Officer Wilcox at approximately 0340 hrs. Ofc. Wilcox was making his acute watch tours on this date and time when he investigated 39 cell and saw IM PATTERSON's feet from the cell door window. Ofc.

Page **1** of **4**

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report

**22-406-18: Page 2**

Wilcox knocked on the door to determine if the inmate was simply sleeping but received no response. IM PATTERSON was the only person in the cell at the time and was on RHU (Restricted Housing) status. Officer Wilcox immediately activated his body alarm to illicit an immediate response from other officers. Officer Wilcox then opened the cell door where he observed Inmate Patterson seated on the floor with his back against the wall. Ofc. Wilcox tapped his chest and made efforts to have him react but was unable to obtain any response. Ofc. Wilcox drug the inmate out of the cell and onto the second-floor tier and initiated CPR. Other officers and medical personnel from Prime Care soon arrived to assist as needed.

**Statements and Interviews:**

████████████████████████████████████ I was able to speak with Ofc. Wilcox in the SIU Office and I asked about IM PATTERSON's activity prior to discovering him unresponsive. Ofc. Wilcox advised me that earlier in the morning, around 0200-0230 hrs. PATTERSON was dancing and singing in his cell. Wilcox related that while conducting a tour on the upper tier of the module he activated his body alarm at approximately 0340 hrs. when he realized that PATTERSON was unresponsive. Wilcox related that after receiving no response from the inmate he entered the cell, again checked for a response, and when he received none he drug the patient from the cell onto the second floor tier and began administering CPR. Ofc. Wilcox related that he never reentered the cell after the inmate was taken by medical personnel and never saw any signs of drugs or a struggle before removing the inmate from his cell.

On this date I also spoke with Sgt. N████ Cruz regarding this medical emergency. Sgt. Cruz related that she responded to this call and stood by to supervise while medical personnel from Prime Care and Warrington Ambulance arrived to provide emergency medical care on the patient. While medical personnel were working on the patient on the floor of the second tier Sgt. N. Cruz and Ofc. Black searched 39 cell. As a result of this search numerous items of interest were located on the top bunk in this cell. Sgt. N. Cruz and Officer Black secured a handmade straw, a small glassine baggy, a white powder substance on top of a piece of cardboard and a white container with a yellow lid. Sgt. N. Cruz related that she secured all items and placed the white powder that was found on the cardboard inside the white container with the yellow lid. ████████████████████████████████████
███████████████████████████████████

**SIU Response and Investigation:**

███████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████
████████ None of the personal documents secured by SIU indicated that the inmate was involved in drug activity, was sad or depressed or in any way wanted to harm or kill himself.

I was made aware later in the day that contact was made with the inmate's mother advising her of her son's condition and current location. I was also made aware that the family was interested in harvesting the patient's organs through the Gift of Life program. The patient was kept alive medically until the afternoon of Monday August 01, 2022. On this date the hospital discontinued medical efforts and the patient soon passed.

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report

**22-406-18: Page 3**

On August 27, 2022 I retrieved the evidence from this case ███████████
███████████████████████████████████████████████████████
███████████████████ I prepared this evidence for subsequent submittal to NMS Labs. ████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████
This evidence was ████████████████████████████████████ turned over to Bucks
County Detectives Gorman and Eisenhauer.

**Autopsy:**
On Tuesday, August 02, 2022 at 0825 hours I attended the autopsy for this case at the Bucks County Coroner's Office located at 850 Eagle Blvd. Warminster, Pa. 18974.  Dr. E███ Williams performed the autopsy while Tech L███████ Guzman assisted.  At the conclusion of this autopsy at 0910 hrs. Dr. Williams advised me and Det. T██████ Johnson of the Bucks County District Attorney's Office that there were no obvious signs of abuse or a struggle on the decedent's body.  There were indications of cardiac arrest and signs that CPR was administered.  Dr. Williams stated that blood results from Doylestown Hospital indicated the presence of Fentanyl in the decedent's body at the time he arrived at Doylestown Hospital on 07/27/2022.  It was discovered that the blood that was secured from PATTERSON by Doylestown Hospital on the day of his arrival to the ER was later turned over to the Bucks County Coroner's Office.

I requested a copy of the autopsy report when completed and a drug screen of the decedent's blood to determine what, if any, drugs were present.

**MISCELLANEOUS:**

███████████████████████████████████████████████████████
████████████████.  Later that day I received medical records from Prime Care that included Doylestown Hospital on the date that PATTERSON was admitted on July 27, 2022.

On 08/09/2022 I received a discharge summary from Prime Care which shows that Dr. Sheu of Doylestown Hospital indicates that the date of discharge is listed as August 01, 2022.  This summary also indicates that PATTERSON suffered cardiac arrest and tested positive for fentanyl.  This summary also states, "Coroners office was made aware of the suspected fentanyl overdose that occurred in correctional facility to which the coroner's office reported that they would take the body for autopsy and file death certificate".

On August 01, 2022 it was decided that this case would be investigated jointly with the Bucks County Detectives and Bucks County District Attorney's Office.  Det. Lt. Gorman and Det. Eisenhauer of the County Drug Strike Force were assigned to this case.  Deputy District Attorney T██████ Gannon was also assigned to this case.

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report

**22-406-18: Page 4**

**Staff / Prime Care / EMS**:
Corrections Officers on scene:
- Officer Wilcox
- Lt. Kovach
- Sgt. N. Cruz
- Ofc. McFadden
- Ofc. Suplicky
- Sgt. Lynn
- Ofc. R. Keefe
- Ofc. Fabiani
- Ofc. Clark
- Ofc. Harrison
- Ofc. Black
- Ofc. Knoneborg

Prime Care Medical Staff on scene:

- M████ Oke

- J. Link, RN

- ████ Pahasenko, RN

Emergency Medical Service:

- Warrington Ambulance Squad 170

**Bucks County Coroner's Report on Cause and Manner of Death**

On 09/20/2022 I received a Cause and Manner of Death Report from the Bucks County Coroner's Office indicating the following:

***Cause of Death: Complications of Fentanyl Intoxication***

***Manner of Death: Accident***

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report

| Date of Report:<br>07/28/2022 | Day:<br>Thursday | Investigator:<br>Onisick, D■■■■ | | ORI#: | | Incident #:<br>■■■■ | UCR:<br>■■■■ |
|---|---|---|---|---|---|---|---|

| Source of Call:<br>Staff Initiated | Date and Time of Incident:<br>07/26/2022 @ 0630 Hours | Case Status:<br>Open / Investigation |
|---|---|---|

| Crime or Incident:<br>Contraband | Location of Incident – Address/Module:<br>BCCF - A Module, A1 |
|---|---|

| Involved:<br>Inmate | Allen RHOADES JR | DOB<br>■■■■ | BCP#<br>■■■■ | Telephone |
|---|---|---|---|---|
| Involved:<br>Inmate | Mallet CLARK | DOB<br>■■■■ | BCP<br>■■■■ | Telephone |
| Involved:<br>Inmate | Juan TORRES | DOB<br>■■■■ | ■■■■ | Telephone |
| Involved:<br>Inmate | Janusz DOBROWOLSKI | DOB<br>■■■■ | BCP<br>■■■■ | Telephone |

**Summary:**
Inmate Allen RHOADES was found to have a large amount of narcotics in cell A1 on A Module.

**Assisting Staff:**
Investigator Robert MCLEOD

**Narrative:**

On 07/26/2022 at approximately 0630 hours, Inmate Allen RHOADES was transported to BCCF by Pa State Constables K■■■ WHITE and B■■■ ZAVODNICK. A clothed body search was conducted by Ofc. Julio ATILES and RHOADES was placed into Holding Cell #1 in Reception at 0633 hours. There was an inmate already in HC#1 identified as T■■ SANTIAGO. RHOADES speaks with SANTIAGO then at 0637 hours, moves towards the front of the cell and hides beneath the camera. RHOADES appears to be manipulating something for several minutes then at 0644 hours, RHOADES stands over the toilet and was observed opening a bag/s of suspected heroin/fentanyl. RHOADES empties the contents from the baggies and snorts them from his left arm. RHOADES disposes the baggies in the toilet and flushes it. At 0646 hours, RHOADES is provided a lunch bag by an officer. At 0648 hours, RHOADES turns his back to the camera and appears to remove the plastic wrap from a sandwich. RHOADES places his right hand down the front of his pants and appears to remove something. RHOADES is observed clearly manipulating something in the front of his pants that he eventually hides inside the lunch bag.

RHOADES is subsequently removed from HC1 at 0744 hours to begin intake processing. RHOADES takes the lunch bag with him. RHOADES returns to HC1 at 0755 hours with the lunch bag and proceeds to the bench. RHOADES turns his back to the camera and again, appears to be using something that he had removed from the lunch bag. RHOADES is removed from HC1 at 0804 hours by Ofc. ATILES. RHOADES places the lunch bag on the floor by the officer's podium during this process. At 0815 hours RHOADES retrieves the lunch bag is temporarily placed into HC3 by Ofc. FABIANI to provide a UT. At 0817 hours RHOADES is taken for screening by the nurse and case manager. At 0931 hours CM BROOKINS returns RHOADES to HC1 who is still in possession of the lunch bag. RHOADES stands beneath the camera by the front of the cell and appears to be manipulating something again. RHOADES is removed from HC1 at 0937 by Ofc. ULMER and does not have the lunch bag with him. Ofc. ULMER leaves HC1 cell door slightly ajar.

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report

**22-407-18: Page 2**

Ofc. ULMER fingerprints RHOADES and at 0947 hours RHOADES is given an unclothed body search and provided a jumper in preparation for housing by Ofc. Julio ATILES. RHOADES is observed returning to Holding Cell #1 at 0951 hours and retrieves the brown lunch bag where he had hidden the contraband. RHOADES places this brown bag into his prison issued clothing bag and is subsequently escorted to A Module at 0954 hours and housed in cell A1. No one was observed to have entered HC1 while RHOADES was being processed, and there were no officers present in Reception when RHOADES retrieved the lunch bag.

On 07/26/2022 at approximately 1918 hours, Lt. Zach SHERMAN arrived on A Module ▋▋▋▋▋▋▋▋ and was notified by Ofc. Louis VENTUREIRA that he received information that Inmate Allen RHOADES may have contraband/drugs in his cell. Lt. SHERMAN immediately responded to A1 and escorted Inmate RHOADES off the block for an unclothed body search. Ofc. VENTUREIRA proceeded to A1 where Inmate RHOADES was the sole occupant to conduct a search of the cell. During the search, Ofc. VENTUREIRA located a coffee bag hidden in a brown paper bag, containing a plastic wrapped package consisting of numerous zip lock baggies with blue wax paper, and yellow and red zip lock baggies containing a white crystal powder. Lt. SHERMAN returned to A1 and photographed the evidence before placing it into the Admin Corridor safe for SIU.

I spoke with KEEFE personnel on 08/02/2022 and was advised yellow coffee packets are available for inmates in the vending machines in various flavors.

On 07/27/2022 at 0344 hours a code 99 emergency was activated on A Module by Ofc. ▋▋▋▋▋ WILCOX who observed Inmate Joshua Patterson, ▋▋▋▋▋▋▋▋ leaning against the wall, unresponsive in cell A-39. Ofc. WILCOX removed PATTERSON from the cell and immediately began chest compressions until medical staff arrived on the unit. While awaiting EMS, Sgt. N▋▋ CRUZ conducted a search of PATTERSON'S cell and located a white powdered substance on the top bunk, a small glassine baggie, and a straw. Inmate Patterson is the only inmate housed in A-39 and he has been on administrative lock status. At 0405 hours EMS arrived and continued with lifesaving measures. At 0423 hours Inmate PATTERSON was transported to Doylestown Hospital and is currently in the ICU and not expected to survive. Preliminary toxicology results obtained from Doylestown Hospital staff by PrimeCare indicated the presence of Fentanyl in PATTERSON'S system. Inmate PATTERSON has been incarcerated at BCCF since 11/26/2021 for Theft and RSP.

▋▋▋▋▋▋▋▋ the contraband was collected ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋ and photographed. Upon removing the plastic wrapping from the package recovered from Inmate RHOADES' cell, it was determined to contain (8) bundles of suspected Heroin/Fentanyl, totaling (123) individual zip-lock bags with blue wax paper stamped with "Avengers", and (9) yellow and red zip-lock bags containing suspected Methamphetamine.

▋▋▋▋▋▋▋▋▋▋ I spoke with Constable K▋ White ▋▋▋▋▋▋ regarding Inmate Allen RHOADES. WHITE advised that he and his partner, B▋▋ ZAVODNICK picked Inmate RHOADES up from Falls Twp Police Department on the morning of 07/26/2022 and transported him to the Bucks County Correctional Facility (BCCF). Investigators determined that RHOADES was initially arrested by Falls PD on 07/01/2022 for RSP and Possession of a Controlled Substance.

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report

**22-407-18: Page 3**

The arresting Officer D█████ MATKOWSKI filed charges in District Court 07-1-10 on 07/07/2022 by summons. ████ ████████████████████ Investigator MCLEOD learned that certified mail for RHOADES came back undeliverable and a warrant was issued.

████████████████ I spoke with Tpr. D███ BAIR from the PSP Trevose Crime Room who advised that Allen RHOADES was the back seat passenger in a traffic stop that was conducted by Tpr. B███ NEIFELD on the morning of 07/26/2022.

All (3) subjects in the vehicle were transported to PSP Trevose where it was determined that RHOADES had an active warrant from Falls Twp PD. RHOADES was subsequently picked up by Falls Twp PD and transported to their station.

Ofc. J████ SMITH reported ██████████████████████████████ after he finished his tours on A Module, Inmate Janusz DOBROWOLSKI ████████ asked to speak with him. DOBROWOLSKI complained about the UT'S he was provided ██████████████. During the conversation Ofc. SMITH advised that DOBROWOLSKI admitted to using Fentanyl twice in the past 24 hours. Ofc. SMITH reported that DOBROWOLSKI appeared exhausted, sweaty, and unable to maintain his balance. DOBROWOLSKI said he was still "coming down" from his last use.

████████████ cell and inmate searches were conducted on A Module ████████████████████████ ████████████ (3) Inmates tested positive for Fentanyl, and (3) for Amphetamines. Listed below are the positive UT's from A Module.

1. MASTROMATTO, J████ #████████████ – BZO, **Fentanyl**
2. HILLIARD, V████ #████████████ – METH, **Fentanyl**
3. ROSSMANN, S████ #████████████ – THC
4. DOBROWOLWSKI, J████ #████████████ – **Fentanyl**
5. BENHAM, B████ #████████████ – BUP, METH
6. SANTIAGO, T████ #████████████ – BZO, THC, COC
7. QUINN, M████ #████████████ – THC
8. LOMAS, M████ #████████████ – AMP, BUP, METH

██████████████████████████████████████████████

1. CHIAZZA, B████████████████
2. OGLESBY, J████████████
3. MOORE, T████████████
4. BLACKBURN, T████████████
5. MATKOVSKIY, G████████████

████████████████████ Investigator R███ MCLEOD and I conducted an interview with Ofc. Louis VENTUREIRA regarding the contraband he recovered from Inmate Allen RHOADES' cell on 07/26/2022. Ofc. VENTUREIRA advised that he had worked a 6AM – 2PM OT shift on 07/26/2022, and then continued working a 2PM – 10PM shift on A Module which is his regularly assigned post. While he was working his normal post on A Module, Ofc. VENTUREIRA stated that he noticed Inmate RHOADES sniffling and acting off.

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report

**22-407-18: Page 4**

Ofc. VENTUREIRA was suspicious of RHOADES' behavior. Later that afternoon, an inmate worker in the module ██████████████████████████ advised Ofc. VENTUREIRA that he should probably take a look at A1 cell. Ofc. VENTUREIRA advised that this confirmed his suspicion that something was going on with Inmate RHOADES.

Sometime later during his shift, Ofc. VENTUREIRA advised that Lt. Zach SHERMAN arrived on the module and he approached the lieutenant and advised him that he believed RHOADES in A1 was possibly holding contraband.

Lt. SHERMAN immediately removed RHOADES from the module and instructed Ofc. VENTUREIRA to conduct a search of the cell. VENTUREIRA advised that he observed a coffee bag on the lower bunk assigned to RHOADES. The bag felt fuller than normal and upon searching the coffee bag, VENTUREIRA located a plastic bag containing what he believed to be narcotics.

**Video Review – Inmate Mallet CLARK:**

- CLARK meets/speaks with RHOADES and another inmate by Phone Room at 11:21:37 ████████████

- CLARK and RHOADES enter A1 at 11:27:25 ████████████

- CLARK and RHODES exit A1 at 11:29:32 and proceed to the vending machine. ████████

- CLARK purchases soda for RHOADES and proceeds to A25 on 2nd tier at 11:30:50. ████████

- RHOADES proceeds to A1 with soda at 11:31:42. ████████ Returns to dayroom to clean up spilled soda shortly thereafter.

- CLARK on 2nd Tier at A39 & A40 at 13:57:13 ████████

- CLARK leaves A39 & A40 and goes to 1st Tier – Walks directly to A1 where Rhoades is located. Out of view at 13:58:33 ████████

- CLARK exits A1 13:59:02 Walks towards center of dayroom, backtracks to phone room momentarily (verbal exchange w/inmate). Walks to officer podium. Ofc MCGINLEY opens supply closet. CLARK inside closet. ████████████

- CLARK leaves supply closet 14:00:27 – Up Stairs to 2nd Tier ████████

- CLARK at A39 & A40 14:00:38 – Takes tablets that are slid under doors of both cells and travels back to 1st tier ████████

- CLARK enters supply closet 14:01:02. Exits Closet at 14:01:24 and walks up stairs to 2nd tier with (2 -3) tablets and what appears to be a yellow bag in left hand. ████████████

- CLARK Gives tablet to Inmate J██████ WESSELS at top of stairs by A35 at 14:01:32 the proceeds to slide tablets under A39 & A40 cell doors. Speaks w/PATTERSON then departs at 14:01:50 ████████████

# Bucks County Department of Corrections
# Special Investigation Unit
# Incident Report

- CLARK walks around 2nd Tier out of view and appears to have items in both hands. ████████

- CLARK walks to A25 and quickly departs with items no longer in his hands. Travels down stairs to 1st Tier goes directly to A1 at 14:02:17 – Leaves A1 14:02:24 walks towards vending machines – looks towards A39 & A40 and motions with his right hand. ████████

- CLARK at Vending machine 14:02:33- Motions towards A39 & A40 while at machine. Walks towards center of dayroom, stops at 14:03:30 – Items in hands (yellow packet in left hand) – interacts with A39 or A40.

- CLARK runs upstairs to A40. Speaks with A40 (MOORE or OGELSBY), then places something under A39 for PATTERSON AT 14:04:00. Spends several seconds at bottom of cell door, then departs at 14:04:13. Drops something at the open door of A36 and goes downstairs to 1st Tier. Yellow packet still visible in left hand and unknown item in right hand at 14:04:22 ████████

- CLARK goes directly to A1 at 14:04:29 – Departs A1 at 14:04:45 – Yellow Packet in left hand. Travels upstairs to 2nd Tier – Looks back at officer podium. ████████

- CLARK quickly places items under cell doors of A39 & A40 at 14:05:04 – Speaks with occupants of both cells, departs at 14:05:36 and goes to A36. Leaves A36 at 14:06:09 ████████

- Cell A36 occupied by Inmate Janusz DOBROWOLSKI – ████████████████

- CLARK walks to his cell, A25 at 14:06:24. Departs several seconds later and goes to the supply closet on the 1st Tier ████████

- As CLARK is entering A25, RHOADES departs A1 at 14:06:12 and walks towards the supply closet where the tablets are distributed. CLARK meets RHOADES at the closet at gets him a tablet. CLARK takes the tablet from RHOADES and they proceed to A1 ████████.

- CLARK departs A1 at 14:10:31 without the tablet. RHOADES presumably has the tablet. CLARK climbs stairs to the 2nd Tier ████████.

- CLARK enters A36 at 14:10:52 – Speaks with DOBROWOLSKI outside of cell. Walks with DOBROWOLSKI. Stops to speak with A40 at 14:11:22 then continues on with DOBROWOLSKI. Both proceed to area of A25 ████████

- DOBROWOLSKI leaves A25 at 14:12:53 goes into A41 which is occupied by Inmate James MASSINO. CLARK also leaves but returns to A25 then departs again @ 14:13:34. CLARK stops at A39 & A40 at 14:13:48. Retrieves brown bag from bottom of cell door A40 and hands it to A36 Inmate Cody ATKINSON who is standing outside the cell door.

- ATKINSON takes bag to 1st Tier water fountain at 14:15:35 ████████

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report

- WESSELS places item under A35 (RHU Status - Inmate A█████ JOHNSON) at 14:15:28 – Goes to A39 speaks with Patterson then returns to A35 ████████.

- Atkinson returns to A40 with bag/Item places under A40 while WESSELS speaks with PATTERSON in A39 again at 14:16:40. WESSELS enters A37 with bag. ATKINSON retrieves a tablet and unknown item from A40. And continues speaking with occupants of both cells. WESSELS exits A37 without bag. CLARK approaches A39 & A40 at 14:18:078 and speaks with PATTERSON in 39 then departs. ████████.

- ATKINSON still at A40 places tablet under the cell door of A40 at 14:18:48 then departs ████████.

- WESSELS retrieves item from under cell door of A35 and places it under cell door of A39 at 14:19:45. Speaks with PATTERSON then enters A37.

- ATKINSON returns at 14:20:12 and is clearly looking for the module officers as he walks by A39 & A40, then quickly returns and slips something under the door of A40 or A39 (Hard to determine which cell). Atkinson continues to the stairway and bends, overlooking to see if the officers can see him.

- The reverse view ████████ shows DOBROWOLSKI depart A41 at 14:18:36 (He has been in A41 a little less than 6 minutes). DOBROWOLSKI and Inmate M████ LOMAS enter A25 with CLARK.

- ATKINSON leaves A39 & A40 and enters A41 (MASSINO'S Cell) at 14:19:03

- CLARK leaves A25 at 14:19:56 and stands in the middle of the stairway, speaking with another inmate. Goes back up then stops and comes down to 1st Tier. ████████.

- ATKINSON exits A41 at 14:20:19 clearly hiding something in his hands, looking over the railing to see the officer's locations ████████████.

- At 14:50:45 W/N – Inmate D████ SMITH goes to A39 and speaks with PATTERSON. He walks to A28, then returns to A39 and slides something under the door to PATTERSON. They speak momentarily and subject bends down again and appears to retrieve something. Subject departs at 14:52:26 and returns to A28. Subject returns to Dayroom. ████████.

- At 14:54:16 ATKINSON back at A40. Inmate Juan TORRES on first floor speaking with MOORE or OGELSBY in A40. Throws something to 2nd Tier and ATKINSON places item under cell door of A40. ATKINSON then speaks with PATTERSON in A39. Leaves at 14:55:01 ████████.

- At 16:01:24 CLARK travels upstairs to 2nd Tier. Passes by 34 & 35 cell, clearly looking for officers, then returns to A39. Speaks with both 39 and 40 cells. Places and or retrieves something from under door of 39 cell. (Possibly Commissary in CLARK's hand). Departs and places item under 35 cell door. At 16:03:07. ████████.

**VIDEO REVIEW – Inmate Allen RHOADES:**

- **Meets with Mallet CLARK. See CLARK video review**

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report

- Meets with Inmate J█████ KEHLER after deal with CLARK at 11:34:10. After short discussion, RHODES proceeds to A1.

- KEHLER enters A1 at 11:36:42

- KEHLER exits A1 at 11:46:08

- KEHLER enters A28 at 11:48:22

- 13:48: 50 – RHOADES opens cell door to A1. Departs cell and closes door. Proceeds to Dayroom and sits at table in middle of the module at 13:49:33. RHOADES clearly intoxicated and "dips" out continuously █████ █████ .

- At 13:51:33 looks towards A39 / A40 and turns around in chair at table. Continues to "dip" out until he is approached by Inmate J█████ WESSELS at 13:54:12 █████████████ .

- WESSELS motions towards A39/A40 and RHOADES looks towards the cells. RHOADES gets up from table and proceeds upstairs to the 2nd Tier █████████ .

- Reverse view from Camera 2Fl In shows WESSELS at the top of the stairs speaking with A39 or presumably A40 before coming down to the 1st Tier to speak with RHOADES.

- RHOADES climbs the stairs and begins to speak with A40 occupants (MOORE & OGELSBY) at 13:54:37 █████████ .

- RHOADES departs at 13:56:37 and returns to A1. No exchanges were observed during this first interaction █████████ .

- RHOADES returns to corner where his cell, A1 is located and speaks with some inmates before entering cell at 13:57:39 █████████ .

- Inmate Mallet CLARK enters A1 shortly thereafter at 13:58:35 directly after speaking with A39 & A40 (_See CLARK Video Review)._

- RHOADES exits A1 at 14:55:42 and walks into Dayroom and speaks with Inmate he was in Reception HC1 with earlier that morning identified as T██ SANTIAGO #█████ . Provides him a piece of candy or food. Proceeds to 2nd Tier at 15:03:10 █████ .

- █████████████ RHOADES enters Dayroom at 15:00:58, stands at bottom of stairs then walks away. RHOADES returns to bottom of stairs, then walks to the vending machine and water fountain. Throws something in trash can the proceeds up the stairs directly to A39 and speaks with PATTERSON, then speaks with A40. █████ .

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report

- While RHOADES is at A40, Inmate B███ RABATIN #086261 speaks with PATTERSON and retrieves brown bag from under A39 cell door. Subject fills with water and returns to A39 and slides bag back under A39 cell door at 15:08:26 then departs. RABATIN enters 36 cell shortly thereafter (DOBROWOLSKI'S cell) ████

- RHOADES leaves A40 and proceeds to the 1st Tier at 15:08:47.

- RHOADES enters A Module yard area at 15:09:21 ███████████

- TORRES enters the yard at 15:10:09 and meets with RHOADES. There is a discussion between them and they both depart the Yard at 15:11:00. █████████

- TORRES waits at bottom of stairs for RHOADES and both proceed to the 2nd Tier and go to A46. TORRES opens the cell door, but they don't go inside. They appear to have a discussion outside A45 then enter A46 at 15:12:49. (TORRES' cellmate departs before they enter).

- RHOADES proceeds back up to 2nd Tier with Inmate Juan TORRES at 15:11:25. Both inmates pass A39 & A40 █████████

- TORRES' cellmate returns at 15:14:05. Opens door, gets paperwork from TORRES and departs, while TORRES closes the door with RHOADES still inside. ████████

- RHOADES departs A46 at 15:14:37 and they both proceed to area of A1.

- TORRES enters A Mod Yard area at 15:17:40 and meets with Mallet CLARK. ████████████████████████████████

- CLARK back in view playing basketball at 15:19:20

- LOMAS, SANTIAGO, and TORRES exit Yard at 15:21:10. ████████████ TORRES & LOMAS proceeds to A18. LOMAS is housed there. (LOMAS tested positive for Meth). ████████

- DOBROWOLSKI enters yard at 15:23:20 stands by door. LOMAS enters shortly thereafter, speaks with DOBROWOLSKI and they depart Yard at 15:25:42

- TORRES departs A18 at 15:24:29 and proceeds to the 2nd Tier ██████

- DOBROWOLSKI and LOMAS depart A1 at 15:25:50 (Both UT Pos for Meth and Fentanyl) ██████

- DOBROWOLSKI enters Yard at 15:33:00. Makes contact with CLARK.

- ATKINSON enters Yard at 15:34:37 makes contact with CLARK and DOBROWOLSKI

- CLARK departs Yard at 15:38:44

- LOMAS & DOBROWOLSKI depart Yard at 15:39:30

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report

- RHOADES enters Yard at 15:42:46

- TORRES enters Yard at 15:45:10

- TORRES and RHOADES Out of view at 15:47:35 (Playing basketball)

- TORRES ▮▮▮▮ with tablet at 36 Cell 16:44:30. No Exchange visible ▮▮▮▮

- Torres ▮▮▮▮ at 1655 ▮▮▮▮ Speaks with Patterson at 39 Cell and departs.

**Inmate James Massino #133188**

On 07/26/2022 at 1427 hours, MASSINO calls C▮▮▮▮ A▮▮▮▮ at ▮▮▮▮. At 3:40 of call – MASSINO asks A▮▮▮▮ to out money on someone's books. A▮▮▮▮ advises MASSINO she cannot hear him and to call her back.

On 07/26/2022 at 1431 hours, MASSINO calls C▮▮▮▮ A▮▮▮▮ at ▮▮▮▮. At 1:55 of call MASSINO asks T A▮▮▮▮ to put $25 on someone's account for him. At 4:05 of call – MASSINO states that "the only reason I do the (sun?) Is because of my anxiety. If I Go 18 hours without doing anything I can tell, because my mind goes back to all the things I don't want it to". At 6:40 of call – MASSINO provides name of Mallet CLARK and his inmate number ▮▮▮▮ to A▮▮▮▮.

On 07/26/2022 at 2030 hours, MASSINO calls A▮▮▮▮ from C Module. MASSINO advises A▮▮▮▮ that he was moved from A Module and currently on C Module. At 6:47 of call – MASSINO stated to A▮▮▮▮ that "A Module is intake and that's where a lot of the drugs come in". MASSINO advises A▮▮▮▮ that they raided #1 cell.

On 07/27/2022 at 2021 hours, MASSINO calls A▮▮▮▮ from C Module. At 3:01 of call – MASSINO advises A▮▮▮▮ that an inmate died on A Module and they drug tested the entire block.

MASSINO states that he died from Fentanyl. "Somebody on the block had it". He advises A▮▮▮▮ that he got moved last night so he was not drug tested. She states to MASSINO, "You don't take Fentanyl". MASSINO states, "Well no, but it would have come back for the other thing". A▮▮▮▮ replies, "Oh yeah, thank god, you got lucky then". MASSINO states, "Yeah I got real fucking lucky". At the end of the call MASSINO states, "I got so lucky yesterday. So lucky. And it scares the shit out of me".

C▮▮▮▮ A▮▮▮▮, AKA T▮▮▮▮, ▮▮▮▮ deposited $25 into account of Mallet CLARK on 07/26/22 at 1444 hours. A▮▮▮▮ is listed as the ▮▮▮▮ to James MASSINO #▮▮▮▮.

On 11/07/2022 I attended the preliminary hearing for the defendant, Inmate Allen RHOADES at District Court    07-2-02. RHOADES waived his right to a preliminary hearing.

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report

*Investigator Daniel Onisick*

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report

| Date of Report: 01-12-2021 | Day: Tuesday | Investigator: Bochenek, Frank T. | ORI#: | Incident #: ▮ | UCR: ▮ |
|---|---|---|---|---|---|

| Source of Call: Referred | Date and Time of Incident: 01-11-2021 / 2100 hours | Case Status: Clear / Closed |
|---|---|---|

| Crime or Incident: Contraband / Drug law violation | Location of Incident – Address/Module: BCCF / ▮ |
|---|---|

| Involved: Inmate | QUINN, T▮ | | DOB ▮ | BCP# ▮ | Telephone |
|---|---|---|---|---|---|
| Involved: Staff | BENNETT, K▮ - BCCF Corrections Officer | | DOB | BCP | Telephone |
| Involved: Staff | HARRISON, B▮ - BCCF Corrections Officer | | DOB | BCP | Telephone |
| Involved: Staff | CRUZ, N▮ - BCCF Corrections Sargeant | | DOB | BCP | Telephone |

| Summary: |
|---|
| Inmate QUINN found in possession of controlled substances and observed to appear under the influence of drugs |

| Assisting Staff: |
|---|
| R▮ Leopardi - BCCF Corrections Officer |

**Narrative:**

At about 2130 hours Monday 01-11-2021, DDO K▮ Rousset informed me of a possible overdose incident in cell ▮, on "D" Module. Inmate QUINN was observed by Prime Care Nurse R▮ Stoltzfus he observed Inmate QUINN appearing like he was under the influence of a controlled substance. CO Bennett was assisting Nurse Stoltzfus with dispensing medication when the observation was made. Inmate QUINN was seen by Prime Care Medical and a Narcan injection was administered to him. Inmate Quinn was then transported to Doylestown Hospital for evaluation and treatment.

At about 2200 hours I arrived at BCCF and spoke with officers involved in this incident. Sgt Cruz related at about 2105 hours she was informed by CO McMullin of a request from Nurse Ruben to have Inmate QUINN be given a urinalysis test due to observations made by the nurse. Sgt. Cruz continued saying at about 2110 hours "D" Module Officer, CO Bennett, informed her Inmate QUINN had just been removed from cell ▮ and Inmate QUINN had contraband in the cell on the chair in plain view. Cell ▮ was secured. Sgt. Cruz and Lt Brown went to cell ▮. They saw 9 small bags with a blue color paper inside and 1 orange pill sitting on top of the chair opposite the desk area. IM QUINN had been removed from the cell and was in a holding cell at the time. Inmate QUINN was assigned to the cell being housed alone under medication isolation. CO Bennett, CO Harrison and Sgt. Cruz continued searching he cell.

CO Bennett said at about 2100 hours he was assisting Nurse Stoltzfus with medication rounds. They made contact with Inmate QUINN cell #43. Nurse Stoltzfus said to CO Bennett that Inmate QUINN appeared to be under the influence of something as he appeared non-coherent. Inmate QUINN was then secured in the cell due to his classification as being medication isolation. CO Bennett said ▮ CO Beck and CO Dones escorted IM QUINN from his cell off the module. CO Bennett began to conduct a cell search for contraband. CO Bennett saw a towel on a chair and when he picked up the towel there were several bags of an unknown substance and an orange pill. Sgt Cruz was notified of the contraband and responded with Lt. Brown. CO Bennett said he and CO Harrison began to fully search the cell. CO Bennett said additional contraband was found under the bottom bunk mattress and a condom was found under the cell sink.

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report

Page 2, case 21-024-18

CO Harrison advised me IM QUINN was taken off the module on suspicion of being intoxicated. CO Harrison assisted CO Bennett in searching the cell. CO Harrison observed the bags of blue contents under a towel on the only chair in the cell. The bottom bunk mattress was lifted and a clear plastic bag of pills and small bag of tobacco like matter was near the pills. CO Harrison observed a condom █████████████████████████████████████ ████████████████████████████████

CO Harrison added when he entered the cell there was a strong odor of fecal matter in the air. In addition to the contraband a note was found with writing on it saying "IN MY ASS". CO Harrison said just prior to the incident IM QUINN was given the opportunity to take a shower. IM QUINN refused to shower and discarded trash from inside the cell. IM QUINN then returned into his cell closing his door behind him. CO Harrison said other than refusing the shower IM QUINN did not appear to be under the influence of any substance. ████████████████████████

CO Harrison also said when IM QUINN was being escorted off the module CO Harrison observed Inmate QUINN to have trouble walking, was glassy eyed and lethargic. CO Harrison was requested to provide a follow up memo describing what his observations were during his contact with Inmate QUINN and during the cell search.

██████████████████████████████████████████████████████████████████
████████████

████████████████████, I removed evidence seized from inside cell ████ assigned to IM QUINN. █████████ ██████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████

In doing so I observed, and counted, 9 small clear plastic baggies containing what appeared to be blue color waxed paper with the marking of "LAKALAKA". These baggies are consistent with possessing and distributing packets of controlled substance Heroin, a PA schedule 1 drug.

Also present were 21 full orange color pills marked 970, and 1 broken orange color pill similar to the full pill. In researching the pill through Drugs.com the pills were identified as Buprenorphine Hydrochloride and Naloxone Hydrochloride pills Sublingual 8mg base / 2mg base. These pills are listed as PA schedule 3 drugs available by prescription only.

████████████████ the contraband recovered from QUINN'S cell was transported to NMS Labs for analysis by Investigator Daniel ONISICK. On 02/11/2021 I received the laboratory results from NMS Labs which indicated that the (9) plastic zip-lock bags containing blue wax folds white powdery substance was determined to be 4-ANPP, a DEA Schedule II Substance, Fentanyl, a PA Schedule II Substance, Heroin, a Schedule I Substance, and para-Fluoroisobutrylfentanyl, a PA Schedule I Substance. The (21) and parts of orange pills stamped "970" was determined to be Buprenorphine & Naloxone, a PA Schedule II Substance.

**"CONTINUED"**

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report

**21-024-18: PAGE 3**

On 05/17/2021 I attended the preliminary hearing for Inmate T███ QUINN at District Court 07-2-02. QUINN waived his right to a preliminary hearing and arraignment is scheduled for July 22nd 2021 at the Buck County Court of Common Pleas.

On 10/07/2021 a trial was held for the defendant, T███ QUINN at the Bucks County Court of Common Pleas before the Honorable Judge Raymond F. MCHUGH. The defendant entered a negotiated Guilty Plea to Contraband, Possession of a Controlled Substance, and Possession of Drug Paraphernalia. And was sentenced to 18 – 36 months in a state correctional facility.

This investigation is closed. There are no active CLEAN/NCIC messages associated with this investigation and evidence will be destroyed in accordance with BCCF regulations.

*Investigator D███ Onisick*

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report

| Date of Report: 04/18/2022 | Day: Monday | Investigator: Onisick, Daniel | | ORI#: | Incident #: | UCR: |
|---|---|---|---|---|---|---|

| Source of Call: Staff Initiated | Date and Time of Incident: 04/15/2022 @ Approx. 0730 Hours | Case Status: Closed / Arrest |
|---|---|---|

| Crime or Incident: Contraband - Heroin/Fentanyl | Location of Incident – Address/Module: BCCF - A Module, ███ |
|---|---|

| Involved: Inmate | B███ SULLIVAN | DOB ███ | BCP# ███ | Telephone |
|---|---|---|---|---|
| Involved: | | DOB | BCP | Telephone |
| Involved: | | DOB | BCP | Telephone |
| Involved: | | DOB | BCP | Telephone |

**Summary:**
Officers conducted a search of ███ after receiving anonymous letter about possible drugs in the cell of IM B███ SULLIVAN. Officers recovered sevral bags of suspected heroin/fentanyl from SULLIVAN'S cell.

**Assisting Staff:**
N/A

**Narrative:**
On 04/15/2022 at approximately 0730 hours, A Module Officer K███ GANDOLFO called Sgt. P███ MORENI to inform him that he had received an anonymous letter stating that there were drugs in cell ███ which was occupied by Inmate B███ SULLIVAN. Sergeants MORENI, A███ CRUZ, and Officers S███ FURLONG, and S███ HAGG proceeded to A Module and removed Inmate SULLIVAN, who was the lone occupant of cell ███. Inmate SULLIVAN was placed in handcuffs and removed from the module by Sgt. CRUZ and Ofc. FURLONG. Sgt. MORENIN and Ofc. HAAG conducted a search of SULLIVAN'S cell. Ofc. HAAG located a clear plastic bag with white residue on SULLIVAN'S tablet which was lying on an over-turned yellow storage bin the center of the cell. There was a blue wax paper stamped "Kobe 24" lying next to the plastic bag.

While searching a jacket that was on the bottom bunk mattress, Sgt. MORENI discovered a medium sized plastic bag that contained a bundle of smaller plastic, zip locked bags containing blue wax paper also stamped "Kobe 24" in the pocket of the jacket. Sgt. MORENI photographed the evidence prior to collecting it and placing it into an evidence bag. Sgt. MORENI did not open the bag recovered from the jacket pocket prior to placing it into the evidence bag. When Sgt. MORENI asked Inmate SULLIVAN about the contraband items found in his cell, SULLIVAN stated, "Its mine, its dope. SULLIVAN further explained that during the booking process (in BCCF Reception), he concealed the contraband by "tucking" it during the unclothed body search. MORENI advised that SULLIVAN did not explain where he "tucked" the contraband. SULLIVAN advised Sgt. MORENI that he had approximately (10) unopened baggies left.

At approximately 0750 hours, Sgt A. Cruz and Ofc. FURLONG who had escorted Inmate SULLIVAN to the Dispensary, conducted an unclothed body search of SULLIVAN ███████████. During the search, Ofc. FURLONG instructed SULLIVAN to hold his upper up for inspection when observed a piece of folded blue paper that was tucked into SULLIVAN'S upper lip.  Officer Furlong retrieved the piece of paper from SULLIVAN'S mouth and Sgt. CRUZ took possession of the contraband.

<u>"CONTINUED"</u>

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report



**22-225-18: Page 2**

The paper matched the contraband found by Sgt. MORENI and Ofc. HAAG when the searched SULLIVAN'S cell ████.
███████████████████████████████████████████████████████████████████████████████

At 0804 hours Sgt Moreni reported that the Dispensary staff was requesting EMS transport to Doylestown Hospital for SULLIVAN due to a suspected opiate overdose, Narcan had been administered by nursing staff.  At 1320 Inmate SULLIVAN was discharged from Doylestown Hospital and returned to BCCF. All documentation was forwarded to the Dispensary.

██████████████ I transported the items recovered from Inmate B████ SULLIVAN'S cell and person to NMS Labs for analysis.

████████████████████ Investigator R████MCLEOD and I conducted an interview with Inmate Bryon SULLIVAN regarding the contraband recovered from his cell. Prior to this interview, SULLIVAN was provided Miranda Warnings which he acknowledged and agreed to speak with investigators without an attorney present. SULLIVAN arrived at BCCF ███████████ after being arrested by Bensalem Twp. PD for Retail Theft. SULLIVAN was searched at Bensalem PD and strip searched when he arrived at BCCF. SULLIVAN claimed that he was provided a jumper and placed into a holding cell in BCCF Reception. While he was providing a urine sample he observed a bag with drugs on the floor next to the toilet. SULLIVAN stated he was "ecstatic" since he believed the drugs would help him with detoxing. SULLIVAN described the packets as a "bundle" with 10-12 packets inside. The bags were stamped with Kobe24, or Kobe23. SULLIVAN claimed he did know what the individually wrapped bag of powder that was found with the suspected heroin packets in the larger zip-lock bag.

Inmate SULLIVAN stated that he did not know how long the bag was in the Reception holding cell, and did not see anyone in there prior to being placed into the cell. When I questioned SULLIVAN how he was able to get the bag back to the module, SULLIVAN advised that he hid the bag in his sock after he had been strip searched and provided a jumper. SULLIVAN did admit to using two of the bags of heroin while he was on A Module, but claimed that he did not share it with other inmates. SULLIVAN advised that he used the bags for detox, and stated, "I was lucky that I found it". On the day his cell was searched, SULLIVAN stated that he snorted a bag that morning. SULLIVAN stated that he did not recall talking with Sgt. MORENI, but did remember telling him that the dope was his.

I conducted a review of the ████████████████████ cameras on 04/13/2022 when Inmate SULLIVAN was admitted to BCCF. SULLIVAN entered Reception at 0331 hours accompanied by two Bensalem PD Officers. SULLIVAN enters HC#3 with a cup for a UT. Sullivan is in civilian clothes at this time and clearly intoxicated. SULLIVAN places his right hand into his pants and appears to manipulate something by his anus. The object is not visible on the camera. SULLIVAN does not appear to urinate in the cup, and never retrieves any item from the floor before exiting the cell at 0340 hours.

SULLIVAN reruns to HC#3 in a yellow jumper with a UT cup. SULLIVAN places the cup on the sink and reaches into the jumper between his legs with his right hand and removes something not visible on camera. SULLIVAN picks up the UT cup and places it on the ground, then places something into his left sock. SULLIVAN departs the cell at 0359 hours.

*"CONTINUED"*

# Bucks County Department of Corrections
## Special Investigation Unit
## Incident Report

**22-225-18: Page 3**

*Inmate SULLIVAN enters HC#6 after he is processed at 0427 hours and stands at the toilet and appears to provide a UT. At 0437 hours SULLIVAN then moves to the bench and appears to manipulate something in his crotch and anus area, them sits on the bench to eat a bag lunch. At 0443 hours SULLIVAN bends over and appears to picking something up from the floor beneath where he was just seated. Nothing visible before or after he was seated on the bench. SULLIVAN uses the cellophane wrapper from his sandwich, appearing to possibly conceal something, but it is not visible. SULLIVAN gathers items from the bench and departs the cell at 0444 hours.*

*On 05/13/2022 I received the lab results from NMS Labs that were submitted for analysis ▒▒▒▒▒▒ The submitted items recovered from Inmate SULLIVAN were determined to be 4-ANPP, a DEA Schedule II substance, Fentanyl, a PA Schedule II substance, Fluorofentanyl, a PA Schedule I substance, and Methamphetamine, a PA Schedule II substance.*

*On 07/18/2022 I attended a preliminary hearing for the defendant, Inmate ▒▒▒ SULLIVAN at District Court 07-2-02. SULLIVAN waived his right to a preliminary hearing and will be applying for veteran's court. Arraignment tentatively scheduled at the Buicks County Court of Common Pleas on 08/19/2022.*

*Investigator D▒▒▒ Onisick*