IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIA CORBIN, as Administrator of the Estate of Joshua Patterson,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BUCKS COUNTY, et al.,<br>　　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 23-2784 |

## O R D E R

**AND NOW**, this 12th day of June, 2024, as follows:

1. Upon consideration of Defendants' Motion for Summary Judgment (ECF No. 40), Plaintiff's opposition thereto (ECF No. 43), Defendants' reply (ECF No. 44), and Plaintiff's surreply (ECF No. 46), it is **HEREBY ORDERED** that the Motion is **GRANTED**.

2. Upon consideration of Defendants' unopposed Motion to Seal (ECF No. 39), it is **HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**. Specifically:

    a. The Motion is **DENIED** insofar as it seeks to seal discussions of Defendants' post-incident investigation process.

    b. The Motion is **GRANTED** in all other respects.

    c. On or before **June 28, 2024**, Defendants shall replace redacted copies of the record in conformance with this order.

3. Defendants' Motion to Exclude Plaintiff's Expert Witness (ECF No. 38) is **HEREBY DENIED AS MOOT**.

4. The Clerk of Court is instructed to **TERMINATE** this case and mark it **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**