

# County of Bucks

LAW DEPARTMENT
55 East Court Street Doylestown, PA 18901
Phone: 215-348-6464 Fax: 267-885-1654
solicitor@buckscounty.org

*County Solicitor*
AMY FITZPATRICK, ESQ.

June 28, 2024

The Honorable Wendy Beetlestone
United States District Court
 for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**VIA CM/ECF**

RE: <u>***Valeria Corbin, Administrator of the Estate of Joshua Patterson v. Bucks County, et al.*, No. 23-cv-2784-WB***</u>

Dear Judge Beetlestone,

    In accordance with the Court's June 13, 2024, Memorandum Opinion and Order, attached is a public version of the parties' Joint Appendix for Summary Judgment, which is redacted in conformance with the Court's grant of Defendants Julio Atiles and Stephanie Ulmer's Motion to Seal.

    Counsel is available at the Court's convenience to answer any questions.

    Respectfully submitted,

    */s/ Dara Burns*

    Dara Burns (No. 207337)
    *Assistant County Solicitor*

cc:    All counsel (via CM/ECF)